## DOMESTIC VIOLENCE SERVICES OF GREATER NEW HAVEN, INC. *v.* FREEDOM OF INFORMATION COMMISSION

The defendant's petition for certification for appeal from the Appellate Court (AC 14892) is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly dismiss the defendant's appeal as either moot or as an attempt to secure an advisory opinion?"

The Supreme Court docket number is SC 15407.

*Victor R. Perpetua*, in support of the petition.

*Patricia Reilly*, in opposition.

Decided April 22, 1996

## FRANKLIN L. FRANK *v.* LEON E. COOPER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 15469/15617) is denied.

*Leon E. Cooper*, pro se, in support of the petition.

*Richard F. Lawler* and *Margaret A. Triolo*, in opposition.

Decided April 22, 1996